1

2

3

4                        **UNITED STATES DISTRICT COURT**

5                               **DISTRICT OF NEVADA**

6

7   KADENCE DESIGNS LLC,                    )
                                            )
        Plaintiff,                          )
8                                           )           3:12-cv-00653-RCJ-WGC
        vs.                                 )
9                                           )
    OSRAM SYLVANIA et al.,                  )           **ORDER**
10                                          )
        Defendants.                         )
11  _____)

12

13      Plaintiff voluntarily dismissed this action without prejudice as against all Defendants

14  before any Defendant answered or filed a motion for summary judgment.  Leave of the Court was

15  not required under these circumstances. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly,

16                                    **CONCLUSION**

17      IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 22) is DENIED as

18  moot.

19      IT IS FURTHER ORDERED that the Clerk shall close the case.

20      IT IS SO ORDERED.

21  Dated this 26th day of April, 2013.

22

23      _____
                    ROBERT C. JONES
                United States District Judge
24

25