# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KADENCE DESIGNS LLC, | ) |
| Plaintiff, | ) |
| vs. | ) 3:12-cv-00653-RCJ-WGC |
| OSRAM SYLVANIA et al., | ) **ORDER** |
| Defendants. | ) |

Plaintiff voluntarily dismissed this action without prejudice as against all Defendants before any Defendant answered or filed a motion for summary judgment. Leave of the Court was not required under these circumstances. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly,

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Dismiss (ECF No. 22) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk shall close the case.

IT IS SO ORDERED.

Dated this 26th day of April, 2013.

_____
ROBERT C. JONES
United States District Judge